# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DANIEL GONZALEZ,

        Plaintiff,

  vs.

ANDREW SAUL, Commissioner of
Social Security,

        Defendant

)
)
)
)
)
)
)
)
)
)

Case No.: 5:18-cv-02224-GJS

**[~~PROPOSED~~] ORDER AWARDING
EQUAL ACCESS TO JUSTICE
ACT ATTORNEY FEES
PURSUANT TO 28 U.S.C. § 2412(d)**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

**IT IS ORDERED** that the Commissioner shall pay the amount of $4,550.00 (Four Thousand, Five Hundred Fifty Dollars and No Cents) for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATED: May 11, 2020

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE